MARCH 17, 1978

GREENFIELD CONSTRUCTION COMPANY, INC v DEPARTMENT OF STATE HIGHWAYS. (Docket No. 56686.) Rehearing denied. *Schmier, Fealk & Ellis* for plaintiff-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Louis J. Caruso* and *Curtis G. Beck,* Assistants Attorney General, for defendant-appellee. Reported at 402 Mich *ante,* p 172.

APRIL 28, 1978

IN THE MATTER OF TROMBLY. (Docket No. 57915.) Appellant's motion for active status as a member of the State Bar of Michigan is denied. Before the appellant may be returned to active status, a change of circumstances should be shown so the Court may conclude that the requirements of State Bar Rule 15, §§ 7(f) and 7(h) are satisfied. Joseph V. Trombly, *in propria persona,* petitioner-appellant. Reported at 398 Mich 377.

MAY 1, 1978

IN THE MATTER OF THE PROPOSED AMENDMENT OF GCR 1963, 726. On order of the Court, this is to advise that the Court is considering a proposal to amend GCR 1963, 726. Before determining whether it should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

RULE 726. ATTORNEY FEES, EXPENSES, INTERIM AND TEMPORARY ORDERS FOR ALIMONY, CHILD SUPPORT, AND CHILD CUSTODY.

.1–.5 (Unchanged.)

.6 Child Custody.

(a) When the custody of a minor child is contested, a hearing on the contested issue must be held within 60 days of the filing of notice that custody is disputed. The court must render a decision within 30 days after the hearing.